# United States Court of Appeals

### For the Eighth Circuit

_____

No. 17-1105

_____

In re: Dan Lee, Sr.,

*Debtor.*

------------------------------

Dan Lee, Sr.,

*Appellant,*

v.

D. Matthew Edwards,

*Appellee.*

_____

Appeal from the United States Bankruptcy
Appellate Panel for the Eighth Circuit

_____

Submitted: September 29, 2017
Filed: October 4, 2017
[Unpublished]

_____

Before WOLLMAN, BOWMAN, and COLLOTON, Circuit Judges.

_____

PER CURIAM.

Dan Lee appeals after the Bankruptcy Appellate Panel affirmed the bankruptcy court's[1] denial of a post-judgment motion in his Chapter 7 bankruptcy case. Having carefully reviewed the record and Lee's arguments on appeal, we find no basis for reversal. *See In re Vote*, 276 F.3d 1024, 1026 (8th Cir. 2002) (standard of review). Accordingly, we affirm. *See* 8th Cir. R. 47B. Lee's motion for a protective order is denied.

———————————————

[1]The Honorable Barry S. Schermer, United States Bankruptcy Judge for the Eastern District of Missouri.